## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

vs.                                    Case No. 4:18CR00357

**ISAAC MAY**                                                                                           **DEFENDANT**

### AMENDED NOTICE OF APPEAL FILED *IN FORMA PAUPERIS*

Comes now Defendant, Mr. Isaac May, by and through his attorney, Theodis N. Thompson, Jr., and hereby gives notice of his intent to appeal to the Eighth Circuit Court of Appeals his guilty verdict from the trial jury held on April 19 – 21, 2021 and his sentence of the U. S. District Court entered herein on August 20, 2021.

The jury found Mr. May guilty of Count One (1) of the Second Superseding Indictment: Conspiracy to Distribute and Possession with Intent to Distribute Cocaine, a Class A Felony; Count Eight (8) of the Second Superseding Indictment: Use of a Communication Facility to Facilitate a Drug Crime, a Class E Felony; Count Nine (9) of the Second Superseding Indictment: Use of a Communication Facility to Facilitate a Drug Crime, a Class E Felony; and Count Ten (10) of the Second Superseding Indictment: Use of a Communication Facility to Facilitate a Drug Crime, a Class E Felony.

On August 19, 2021, US District Judge James M. Moody, Jr., sentenced Mr. May to Three-Hundred and Sixty (360) months in the United States Bureau of Prison and Five (5) years of supervised release on Count One (1). Mr. May was also sentenced to Forty-Eight (48) months each on Counts Eight (8), Nine (9) and Ten (10) in the United States Bureau of Prison and One (1) year of supervised release. All

imprisonment time is to run concurrently for a total sentence of Three-Hundred and Sixty (360) months in the United States Bureau of Prison. All supervised release time is to run concurrently for a total of Five (5) years of supervised release. Mr. May was ordered to pay a Four-Hundred Dollar and 00/100 ($400.00) assessment. The Judgment and Commitment was filed herein on August 20, 2021.

    Mr. May has been represented by appointed counsel and has been incarcerated since his arrest, as such, he asserts that he has no resources to pay for counsel for the purpose of appeal. He therefore moves that he be declared indigent and that counsel be appointed to him for the purposes of appeal.

    Mr. May designates for the record all pleadings and hearings in this matter, and requests the Court Reporter and/or Clerk prepare the record on appeal.

Respectfully Submitted,

<u>Theodis N. Thompson, Jr.</u>
Theodis N. Thompson, Jr. (2012029)
Thompson Law Firm, PLLC
Attorney for Defendant
415 N. McKinley St., Suite 640
Little Rock, AR 72205
501-503-5095
Email: tnthompson@tnthompsonlawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that this pleading was filed electronically with the Clerk of the Court on this 23rd day of August 2021 with the understanding that a copy of this pleading will be automatically transmitted by the Clerk to the Assistant U.S. Attorney whose name appears below and to all other attorneys of record.

Ms. Julie Peters and
Mr. Christopher Givens
Post Office Box 1229
Little Rock, AR 72203-1229

                                                                                  Theodis N. Thompson, Jr.