**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                          **4:18-CR-00357-07-JM**
                                                 **4:23-CV-01217-JM**

**ISAAC MAY**

<u>**ORDER**</u>

For the reasons set out below, Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. No. 570) is DENIED.

**I.        BACKGROUND**

On April 21, 2021, a jury found Defendant guilty of conspiracy to possess with intent to distribute more than 5 kilograms of cocaine and three counts of using a communication facility in furtherance of a drug-trafficking offense.[1]  On August 19, 2021, he was sentenced to 360 months in prison.[2]  On June 14, 2023, the Eighth Circuit affirmed the conviction and sentence.[3]

Defendant seeks to vacate his conviction and sentence based on lack of jurisdiction, due process violations, and fraud.

**II.       DISCUSSION**

Defendant filed 83 pages of legalese, non-applicable citations, and general nonsensical "legal arguments."  Although Defendant uses the words "jurisdiction", "due process", and "fraud", the overall arguments are frivolous.  Below are just a few of his arguments:

---

[1] Doc. No. 449

[2] Doc. No. 493, 494.

[3] Doc. No. 545, 547.

1

- "Affiant Affirms, that He is a 'Natural Person', 'In Full Live', flesh and blood, and not an artificial person, corporate person, nom de guerre, straw-man, nor any other fraudulent, misrepresentation, as scribed in all CAPITAL LETTERS . . ."

- The federal court in the Eastern District of Arkansas "is a municipal court. By an Article III judge sitting in a municipal court it immediately makes them a magistrate or administrative officer wherein they do not have any judicial power."

- "By law, a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person)."

- "[T]he judge lost his judicial authority while acting in a ministerial capacity, making him incompetent to received grants of judicial power, making the proceedings and the judgments thereof, void ab initio."

- The Court has jurisdiction only over corporations.

- "The Art of words are being employed to trick the People which is actually "FRAUD".

- Defendant "didn't receive 'fair notice' of the convening of a Grand Jury for the purposes of Indictment, to afford [Defendant] the 'right' to defend his life and liberty . . . ."[4]

Defendant presents no plausible claims for habeas relief, and his arguments are legally frivolous.

Accordingly, the motion is DENIED.

IT IS SO ORDERED this 28th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[4] Doc. No. 570 at 14, 15, 18, 20, 22, 29, 37.